100 A.3d 189

IN THE MATTER OF DAVID G. CHRISTOFFERSEN, AN ATTORNEY AT LAW (ATTORNEY NO. 038631983).

October 21, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–384, concluding that **DAVID G. CHRISTOF- FERSEN** of **TRENTON,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation of client funds), *RPC* 1.15(c) (failure to segregate funds), and *RPC* 1.15(d) (recordkeeping violations);

And the Disciplinary Review Board having further concluded that respondent should be required to submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts for a period of two years;

And **DAVID G. CHRISTOFFERSEN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **DAVID G. CHRISTOFFERSEN** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics monthly reconciliations of his attorney accounts on a quarter basis for a period of two years, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.